IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BEAVER REED, JR.,

      Appellant,

 v.

Case No.  5D23-1174
LT Case No. 2003-CF-32868-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 30, 2023

3.800 Appeal from the Circuit Court
for Brevard County,
Charles G. Crawford, Judge.

Beaver Reed, Jr., Live Oak, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., HARRIS and SOUD, JJ., concur.